UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

WINSTON MCLENNON, *et al.*,

                                    Plaintiffs,

        -against-

THE CITY OF NEW YORK, *et al.*,

                                  Defendants.

------------------------------------------------------------------- X

**STIPULATION OF DISCONTINUANCE**

14-CV-6320 (MKB) (RER)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

        1.     The above-referenced action is hereby dismissed with prejudice..

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter

Dated: New York, New York
March 3, 2020

| | |
|---|---|
| Luna Droubi, Esq. & <br> Karen Dippold, Esq. <br> BELDOCK, LEVINE & HOFFMAN, LLP <br> 99 Park Avenue, 26th Floor <br> New York, NY 10016 <br> E-mail: <br> ldroubi@blhny.com <br> kdippold@blhny.com <br><br> Jane Fisher-Byrialsen, Esq. & David Fisher, Esq. <br> FISHER & BYRIALSEN, PLLC <br> 99 Park Ave., 26th Floor <br> New York, NY 10016 <br> E-mail: jane@fblaw.org <br> david@fblaw.org <br><br> Steven Wasserman, Esq. <br> LEGAL AID SOCIETY <br> 199 Water Street <br> New York, NY 10038 <br> E-mail: swasserman@legal-aid.org <br><br> By: _____ <br> Luna Droubi, Esq. <br> *Partner* | JAMES E. JOHNSON <br> Corporation Counsel of the <br> City of New York <br> *Attorney for defendants City of New York, James P. O'Neill, William J. Bratton, Thomas Chan, James Tuller, Steven D'Ulisse, Paul Ciorra, Sylvester Ge, Timothy Morgan, John Sanford, Jonathan Lipke, Marc Levine, Adrian Santiago, Keith Penney, Nicholas Konkowski, Jordan Bistany, and George Luti* <br> 100 Church Street, 4th Floor <br> New York, New York 10007 <br><br><br><br><br><br> By: _____ <br> Peter W. Brocker, Esq. <br> *Assistant Corporation Counsel* |

SO ORDERED:
s/ MKB 3/4/2020

_____
MARGO K. BRODIE
United States District Judge